**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 1, 2011

No. 10-20666

Lyle W. Cayce
Clerk

BURLINGTON INSURANCE COMPANY,

Plaintiff–Appellee

v.

SUPERIOR NATIONWIDE LOGISTICS, LTD.; TOBY ALLEN POTTER, TA;
TA POTTER MANAGEMENT L.L.C.; A&P TRANSPORTATION COMPANY,
INCORPORATED; CLAYTON ALLEN POTTER,

Defendants–Appellants

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:09-CV-2424

Before JONES, Chief Judge, and KING and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for essentially the reasons set forth in that court's Memorandum and Order, *Burlington Ins. Co. v. Superior Nationwide Logistics, Ltd.*, 2010 WL 3155916 (S.D. Tex. Aug. 10, 2010), and, as regards sanctions, in the magistrate judge's Order dated August 24, 2010 (affirmed by the district court in its September 27, 2010 Order on Pending Motions denying the defendants' Motion for Reconsideration of Ruling on Motion for Sanctions).

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.